NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: JOHN J. BUCKSHAW,**
*Petitioner*

---

2022-146

---

On Petition for Writ of Mandamus to the United States Court of Appeals for the Federal Circuit.

---

**ON PETITION**

---

PER CURIAM.

## O R D E R

John J. Buckshaw petitions for "writs of mandamus and prohibition directed [to] the United States District Courts over several states to compel rulings on motion[s] for a stay of state court proceedings against execution of anti competitive arrest warrants, motions to quash said arrest warrants, to prohibit denial of petitions for writs of habeas corpus," "to prohibit remand of the removal of criminal prosecutions from the state courts to the federal courts," and "to compel the district court to rule on the pre trail [sic] motions." ECF No. 2 at 8.

The All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their

respective jurisdictions and agreeable to the usages and principles of law."  28 U.S.C. § 1651(a).  As that statute makes clear, however, the Act is not itself a grant of jurisdiction.  *See Clinton v. Goldsmith*, 526 U.S. 529, 534–35 (1999).  Mr. Buckshaw's submission does not reference any specific agency or trial court action that could eventually be subject to this court's jurisdiction on direct appeal under 28 U.S.C. § 1295 that would give us jurisdiction to consider a mandamus request.  We therefore dismiss his petition.

Accordingly,

IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

June 30, 2022                              /s/ Peter R. Marksteiner
     Date                                   Peter R. Marksteiner
                                            Clerk of Court